IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

2011 JN 14 PM 2:31

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | DR:11-M-05339 (2) VRG |
| | § | |
| LEOPOLDO GARCIA JR. | § | |
| Defendant | § | |

## ORDER ON MOTION TO CONTINUE PRELIMINARY/DETENTION HEARING

Defendant **LEOPOLDO GARCIA JR.'S** Motion for Continuance is hereby:

✓ **GRANTED** Case reset for June 22, 2011 at 9:00 a.m.

_____ **DENIED**

Signed in Del Rio, Texas on this the 14 day of June _____, 2011.

_____
Honorable Victor Roberto Garcia
United States Magistrate Judge